FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

RECEIVED US DISTRICT COURT 2024 AUG 21 A 9:53 TAMMY H. DOWNS

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS AUG 21 2024 TAMMY H. DOWNS, CLERK By: _____ DEP CLERK

CASE NO. 3:24-cv-142-DPM-PSH

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: [redacted]
ADC # _____

Address: _____

Name of plaintiff: Artez Oliver
ADC # _____

Address: 685 N.C.R 599 Luxora, AR 72358

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: M. McClain ___ ()
Position: Lt
Place of employment: Mississippi County
Address: 685 N.C.R 599 Luxora, AR 72358

Name of defendant: _____

Position: _____

4  This case assigned to District Judge Marshall
and to Magistrate Judge Harris

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☑ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___   No ✓

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

5

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? yes and nothing isn't being done about it

Yes ✓    No ___

If not, why? Because nothing will be done about it

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am being mistreated by Lt Mcclain is holding me against my own will and showing favoritsm holding me on lockdown and I didn't have a weapon at all they actully seen the inmate with a weapon chasing another inmate on video camera and they are off lockdown and I have been on it for a week and Lt Mcclain is trying to hold me on lockdown till I go home or prison... and I will settlement for 20,000 and released from this county jail to another county jail or back to Osceola City jail in Arkansas

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That the Lt Mccrain is shown favoritsm and helding me against my own will and mistreated and settlement for 20,000

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ____ day of _____, 20____.

Artez Oliver
_____
_____
Signature(s) of plaintiff(s)

8

Artez Oliver
685 N.C.R 599
Luxora, AR 72358



Clerk of court
Attn: Pro se clerk
600 west Capitol Avenue Room A149
Little Rock, AR 72201

72201-339919