IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ARTEZ OLIVER**                                                                 **PLAINTIFF**

v.                              No. 3:24-cv-142-DPM

**M. McCLAIN, Lt.,**
**Mississippi County**                                                        **DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. Oliver is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Oliver v. Bradley*, No. 1:17-cv-102-KGB; *Oliver v. Cook*, No. 3:17-cv-39-BSM; and *Oliver v. Cook*, No. 3:16-CV-350-DPM. And nothing in his complaint, Doc. 2, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Oliver's motion to proceed *in forma pauperis*, Doc. 1, is therefore denied. His complaint will be dismissed without prejudice.

3. If Oliver wants to pursue this case, then he must pay $405 (the administrative and filing fees) and file a motion to reopen the case by 30 September 2024. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

3 September 2024