IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ARTEZ OLIVER**                                                                PLAINTIFF

v.                              No. 3:24-cv-142-DPM

**M. McCLAIN, Lt.,**
**Mississippi County**                                                          DEFENDANT

## JUDGMENT

Oliver's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 September 2024